```
                                    FILED
                               U.S. DISTRICT COURT
                              DISTRICT OF MARYLAND
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2020 JAN 31 PM 12: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. CCB-20-039 |
| v. | ( Conspiracy To Distribute Narcotics, 21 U.S.C.§ 846) |
| ROGER TAYLOR, a/k/a Milk | |
| Defendant | |

....oOo....

## SUPERSEDING CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From in or about August 2015, in the District of Maryland and elsewhere,

**ROGER TAYLOR,**
**a/k/a Milk**

the defendant herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with others known and unknown to knowingly and intentionally distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846

| | |
|---|---|
| 1-31-20 | _Robert K. Hur_ |
| Date | Robert K. Hur |
| | United States Attorney |